**Order entered October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00135-CR**
**No. 05-22-00136-CR**

**REGINALD DONELL RICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-76788-R and F14-76789-R**

**ORDER**

Before the Court is the State's October 4, 2022 motion for an extension of time to file its brief. We GRANT the motion and ORDER the brief received with the motion filed as of the date of this order.

/s/     CRAIG SMITH
        PRESIDING JUSTICE